IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLTON THEODORE LANDIS,** | : | CIVIL ACTION NO. 1:19-CV-470 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DAVID J. EBBERT**, *et al.*, | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 30th day of September, 2020, upon consideration of defendants' motion (Doc. 54) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 54) is GRANTED.

2. The complaint (Doc. 1) and amendments (Docs. 9, 17, 27, 35) are DISMISSED.

3. Plaintiff is granted twenty (20) days from the date of this order to file a proposed amended complaint to cure the deficiencies with respect to the Administrative Procedure Act Claim and Eighth Amendment excessive force claim against defendant Moyer.  Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania